Daniel **MENDOZA–RUIZ**, Petitioner,

v.

Eric H. **HOLDER, Jr., Attorney General, Respondent.**

No. 11–71697.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 15, 2013.*

Filed Jan. 16, 2013.

John D. Friedman, Friedman & Ikon, Tarzana, CA, for Petitioner.

Oil, David V. Bernal, Assistant Director, Yedidya Cohen, Trial, U.S. Department of Justice, Washington, DC, Chief Counsel

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: SILVERMAN, BEA, and NGUYEN, Circuit Judges.

## MEMORANDUM **

Daniel Mendoza–Ruiz, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen based on ineffective assistance of counsel. We have jurisdiction under 8 U.S.C. §§ 1252. We review for abuse of discretion the denial of a motion to reopen, and review de novo questions of law. *Mohammed v. Gonzales,* 400 F.3d 785, 791–92 (9th Cir.2005). We deny the petition for review.

The BIA did not abuse its discretion in denying Mendoza–Ruiz's motion to reopen where he failed to show that his former attorneys' alleged ineffective assistance prejudiced his case. *Id.* at 793–94 (prejudice results when counsel's actions may have affected the outcome of the proceedings).

## PETITION FOR REVIEW DENIED.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).